COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone (510) 558-8400
Fax (510) 558-8401

Attorneys for Defendant
DERRIK DENNIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DERRIK DENNIS,<br><br>    Defendant. | CR 13-cr-742-JST-1<br><br>STIPULATION AND ORDER |

This matter is currently set for a detention hearing on November 26, 2013. The parties hereby stipulate to vacate that date and reset the hearing for December 18, 2013. The parties are requesting this to allow them time review the discovery and explore possible resolutions to the case.

The defendant and the government consent to the extension of time, and the parties represent that good cause exists for this extension, including the effective preparation of counsel. *See* 18 U.S.C. §3161(h)(7)(B)(iv). The parties also agree that the ends of justice are served by

1

granting an extension and that an exclusion of time outweighs the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §3161(h)(7)(A).

SO STIPULATED:

_____/s/_____
COLIN L. COOPER
Attorney for DERRIK DENNIS

_____/s/_____
WADE RHYNE
Assistant United States Attorney

ORDER

For the reasons stated above, the Court sets Wednesday, December 18, 2013, at the hour of 9:30 a.m., as the date for detention hearing. The court also finds that the exclusion of this period from the time limits applicable under 18 U.S.C. §3161 is warranted, and that the ends of justice served by the continuance outweigh the interests of the public and the defendant in the prompt disposition of this criminal case; and that the failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice. *See* 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: 11/25/13

_____
KANDIS A. WESTMORE
United States Magistrate Court Judge