COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California  94710
Telephone (510) 558-8400
Fax (510) 558-8401

Attorneys for Defendant
DERRIK DENNIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DERRIK DENNIS,<br><br>    Defendant. | )  CR 13-cr-742-JST-1<br>)<br>)<br>)  STIPULATION AND ORDER<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

       This matter is currently set for a status conference on January 17, 2014.  The parties hereby stipulate to vacate that date and reset the hearing for March 14, 2014.  The parties are requesting more time to allow them to complete the review of the discovery and explore possible resolutions to the case.  Analysis of Mr. Dennis' computer is ongoing and further time is needed in order to complete the forensic analysis of that computer.  Further, once the analysis is complete the parties will need additional time to discuss a potential settlement of this matter.

       The defendant and the government consent to the extension of time, and the parties represent that good cause exists for this extension, including the effective preparation of counsel.  The parties agree that the time between January 17, 2014 and March 14, 2014 should be

excluded under the Speedy Trial Act; *See* 18 U.S.C. §3161(h)(7)(B)(iv). The parties also agree that the ends of justice are served by granting an extension and that an exclusion of time outweighs the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §3161(h)(7)(A).

SO STIPULATED:    January 15, 2014

_____/s/_____
COLIN L. COOPER
Attorney for DERRIK DENNIS

_____/s/_____
WADE RHYNE
Assistant United States Attorney

## ORDER

For the reasons stated above, the Court sets Friday, March 14, 2014, at the hour of 9:30 a.m., as the date for the status conference.  The court also finds that the exclusion of this period from the time limits applicable under 18 U.S.C. §3161 is warranted, and that the ends of justice served by the continuance outweigh the interests of the public and the defendant in a speedy trial for the periods from January 17, 2014 to March 14, 2014, *See* 18 U.S.C. §3161(h)(7)(A); and that the failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  *See* 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: January 16, 2014

_____
JON S. TIGAR
United States District Court Judge