```
COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California  94710
Telephone (510) 558-8400
Fax (510) 558-8401

Attorneys for Defendant
DERRIK DENNIS
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13-cr-742-JST-1 |
| Plaintiff, | ~~STIPULATION AND~~ ORDER |
| vs. | |
| DERRIK DENNIS, | |
| Defendant. | |

This matter is currently set for a status conference on April 11, 2014 at 9:30 a.m.  The parties hereby stipulate to vacate that date and reset the hearing for May 9, 2014 at 9:30 a.m. The parties are requesting more time to allow the Government time to seek approval for a proposed negotiated disposition and to allow the defense additional time to research the guidelines and to propose a potential disposition with Mr. DENNIS. In addition, Mr. DENNIS is requesting a continuance as his attorney, Colin Cooper, is now unavailable on April 11, 2014 due to a family medical issue.

The defendant and the government consent to the extension of time, and the parties represent that good cause exists for this extension, including the effective preparation of counsel. The parties agree that the time between April 11, 2014 and May 9, 2014 should be excluded under the Speedy Trial Act; *See* 18 U.S.C. §3161(h)(7)(B)(iv). The parties also agree that the ends of justice are served by granting an extension and that an exclusion of time outweighs the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §3161(h)(7)(A).

SO STIPULATED:    April 7, 2014

                                                          _____/s/_____
                                                          COLIN L. COOPER
                                                          Attorney for DERRIK DENNIS


                                                          _____/s/_____
                                                          WADE RHYNE
                                                          Assistant United States Attorney

## **ORDER**

For the reasons stated above, the Court sets Friday, May 9, 2014, at the hour of 9:30 a.m. as the date for the status conference.  The court also finds that the exclusion of this period from the time limits applicable under 18 U.S.C. §3161 is warranted, and that the ends of justice served by the continuance outweigh the interests of the public and the defendant in a speedy trial for the periods from April 11, 2014 to May 9, 2014, *See* 18 U.S.C. §3161(h)(7)(A); and that the failure to grant the requested exclusion of time would deny counsel for the defendant and for the government the reasonable time necessary for effective preparation and continuity of counsel,

///

///

///

///

///

1 | taking into account the exercise of due diligence, and would result in a miscarriage of justice.
2 | *See* 18 U.S.C. §3161(h)(7)(B)(iv).
3 |     IT IS SO ORDERED.
4 |
5 | Dated:  April 8, 2014

                                  JON S. TIGAR
                                  United States District Court Judge