COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
DERRIK DENNIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 13-CR-00742-JST |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING SENTENCING |
| vs. ) | |
| ) | |
| DERRIK DENNIS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

      Defendant DERRIK DENNIS, by and through his attorney, COLIN L. COOPER, and the UNITED STATES, by and through Assistant United States Attorney, WADE RHYNE hereby stipulate and agree to continue the sentencing in the above-captioned case set for August 25, 2014, to October 3, 2014, at 2:00 p.m. The continuance is requested as defendant's counsel will be in a homicide preliminary examination in the Sonoma County Superior Court in the case of People v. Joseph Mario Varela and Manuel Syphanh Khiobouakham, SCR 643616, which begins the morning of August 25, 2014 and is expected to last through August 29, 2014.

DATED: August 13, 2014        /s/ COLIN L. COOPER
                                          Attorney for Defendant DERRIK DENNIS

DATED: August 13, 2014        /s/ WADE RHYNE
                                          Assistant United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 13-CR-00742-JST |
| Plaintiff, | ) | |
| vs. | ) | |
| DERRIK DENNIS, | ) | |
| Defendant. | ) | |

**ORDER**

For the reasons stated above, the Court sets Friday, October 3, 2014, at the hour of 2:00 p.m. as the date for Mr. Dennis' sentencing.

**IT IS SO ORDERED.**

DATED: August 18, 2014

_____
THE HONORABLE JON S. TIGAR
United States District Court