MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412822)
Chief, Criminal Division

WADE M. RHYNE (CABN 216799)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3693
    FAX: (510) 637-3724
    Email: wade.rhyne@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-13-00742 JST |
| Plaintiff, | [~~PROPOSED~~] ORDER TO CONTINUE HEARING FROM OCTOBER 3, 2014 TO DECEMBER 12, 2014 |
| v. | |
| DERRIK ISENBERG DENNIS, | Date: December 12, 2014<br>Time: 2:00 p.m. |
| Defendant. | |

The above-entitled matter is set before this Court on October 3, 2014 at 2:00 p.m. for sentencing. The parties jointly requested that the hearing be continued to December 12, 2014 at 2:00 p.m.

The parties' request comes after recently receiving a victim restitution request from five of the victims allegedly depicted in the images and videos charged in this case. According to the parties, in the request, victims' counsel asserts losses in the amount of $5,075,835.00 and requests "restitution for either the full amount of economic and rehabilitation costs, or as the court deems fair and just."

After having conferred on the restitution request, the parties jointly requested additional time to investigate the restitution claim and to conduct additional research regarding the application of Paroline v. United States, 134 S.Ct. 1710 (2014) (holding that restitution in child pornography cases is limited to

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE
CR-13-00742 JST

1  the losses proximately caused by the individual defendant.).  On that basis, the parties jointly requested
2  that the Court continue the hearing to December 12, 2014 at 2:00 p.m.
3       On that basis and for good cause shown, **IT IS HEREBY ORDERED** that the sentencing
4  hearing in this matter is continued from October 3, 2014 to December 12, 2014 at 2:00 p.m.
5     **IT IS SO ORDERED.**

7  DATE: September 22, 2014

                                              JON S. TIGAR
                                              UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
CR-13-00742 JST